June D. Coleman, Esq.  SBN 191890
MESSER STRICKLER, LTD.
5960 South Land Park Drive #1059
Sacramento, CA 95822
Phone: (916) 502-1768
jcoleman@messerstrickler.com

Attorney for Defendant
CONTINENTAL CREDIT CONTROL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SAMUEL S. ALDAMA and RAMONA ALDAMA,<br><br>               Plaintiffs,<br><br>   vs.<br><br>CONTINENTAL CREDIT CONTROL, INC.<br><br>               Defendant. | Case No.: 4:21-CV-10042-HSG<br><br>ORDER GRANTING REQUEST TO CONTINUE APRIL 5, 2022 SCHEDULING CONFERENCE |

   Defense counsel has requested a continuance of the scheduling conference due to a commitment to the Sacramento County Superior Court, and Plaintiff does not oppose that request.  This is good cause to continue the scheduling conference.

   Good Cause Exists, it is so ordered.

   The Scheduling Conference is continued until April 12, 2022 at 2:00 p.m. telephonically.

DATED: 4/1/2022                    By: _____
                                        Honorable Haywood S. Gilliam, Jr.
                                        U.S. District Court Judge