**SULAIMAN LAW GROUP, LTD.**
Bobby C. Walker (State Bar No. 321788)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: bwalker@sulaimanlaw.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL S. ALDAMA and RAMONA ALDAMA, <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL CREDIT CONTROL, INC., <br><br> Defendant. | Case No. 4:21-cv-10042-HSG <br><br> ORDER |

    Plaintiffs, SAMUEL S. ALDAMA and RAMONA ALDAMA, by and through their attorney, having filed with this Court their Unopposed Motion to Extend Deadline to File Dismissal Documents and the Court having reviewed same, hereby ORDER:

    1. The Parties shall have until January 11, 2023 to file their dismissal documents.

Dated: 12/12/2022

_____
Judge, U.S. District Court

1