**SULAIMAN LAW GROUP, LTD**
Bobby C. Walker (State Bar No.321788)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
bwalker@sulaimanlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMUEL S. ALDAMA and RAMONA ALDAMA, | Case No. 4:21-CV-10042-HSG |
| | **ORDER DISMISSING CASE** |
| Plaintiffs, | |
| v. | |
| CONTINENTAL CREDIT CONTROL INC., | |
| Defendant. | |

Plaintiffs SAMUEL S. ALDAMA and RAMONA ALDAMA ("Plaintiffs"), by and through their undersigned attorney, having filed with this Court the Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant CONTINENTAL CREDIT CONTROL, INC.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as to CONTINENTAL CREDIT CONTROL, INC.

Each party shall bear its own costs and attorney fees.

Dated: _____1/3/2023_____

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge